MATTHEW RICH v. GARDEN STATE COMMUNITY HOSPITAL.

May 24, 1988.

Petition for certification denied.

ROBERT ALAN CIAMPITTI v. THE ESTATE OF
WALTER W. RUHL.

FIRST PEOPLES BANK OF NEW JERSEY v. THE ESTATE
OF WALTER W. RUHL.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY DURDEN.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT N. SHERBA.

May 24, 1988.

Petition for certification denied.